ROBERT MALONE, LOUIS POSTEL AND BARTHOLOMEW BEVINS, PLAINTIFFS-RESPONDENTS, v. JAMES L. FENDER, JOSEPH H. CAPASSO, ROBERT J. OLDKNOW, JOSEPH A. STUART, MICHAEL C. STOIA, THOMAS H. MAGEHAN, WILLIAM R. CONN, GEORGE J. FLANAGAN, EMIL J. NIGRO, RAYMOND J. HERMANN, WARREN B. WILSON, JOHN A. ROBERTS, WILLIAM G. SCHALK, WILLIAM DOUGAN, JAMES MALCOLM, JAMES HERON, GEORGE J. HARRIS, THEODORE J. DURANTE, FRANCIS X. LYNCH, FRANCIS J. MEYERS, JOHN L. PALMER, JOSEPH McMILLAN AND DANIEL TAYLOR, INTER-VENORS-APPELLANTS, v. CIVIL SERVICE COMMISSION, DEPARTMENT OF CIVIL SERVICE OF THE STATE OF NEW JERSEY, DEFENDANT-RESPONDENT.

Superior Court of New Jersey
Appellate Division

Submitted February 14, 1978—Decided March 30, 1978—
Supplemental Opinion June 13, 1978.

Before Judges FRITZ, BOTTER and ARD.

*Messrs. Schechner and Targan,* attorneys for appellants (*Mr. Edward Weisslitz,* of counsel and on the brief).

*Messrs. Fox and Fox,* attorneys for plaintiffs-respondents (*Mr. Richard H. Greenstein,* on the brief).

*Mr. John J. Degnan,* Attorney General of New Jersey, attorney for the respondent Civil Service Commission (*Mr. William F. Hyland,* former Attorney General of New Jersey, and *Ms. Erminie L. Conley,* Deputy Attorney General, of counsel; *Mr. Henry D. Blinder,* Deputy Attorney General, on the brief).

## SUPPLEMENTAL OPINION

Because of the Commission's past practices and *N. J. A. C.* 4:1–11.6, we are mindful of the instability that would ensue if this decision were applied retroactively. Therefore, we direct that it be applied prospectively only, except for the list in this case and in any presently pending proceeding in which the same challenge is made. *Cf. Darrow v. Hanover Tp.,* 58 *N. J.* 410, 420 (1971); *Willis v. Conservation & Ec. Develop. Dept.,* 55 *N. J.* 534, 541 (1970). No appointment shall be made hereafter in local service from a list unlawfully extended; but no appointments previously made from such a list shall be invalidated except as provided herein.